# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BREANNA K. B., | Case No. 2:25-cv-00086-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 13] |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On January 16, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. Docket No. 6. Plaintiff has since filed both an amended complaint, Docket No. 12, and a motion to reconsider the screening order, Docket No. 13. The papers include representations that the filing fee is being paid. *See, e.g.*, Docket No. 13 at 3. Accordingly, the Court **REVOKES** Plaintiff's *in forma pauperis* status and **ORDERS** the filing fee to be paid by February 20, 2025. Because Plaintiff is no longer proceeding *in forma pauperis*, there is no longer a need to screen the complaint pursuant to 28 U.S.C. § 1915(e). Accordingly, the Court **DENIES** as moot the motion for reconsideration at Docket No. 13.

IT IS SO ORDERED.

Dated: February 6, 2025

Nancy J. Koppe
United States Magistrate Judge

1