# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BREANNA KALAISHA B., | Case No.2:25-CV-86 JCM (NJK) |
| Plaintiff(s), | |
| v. | ORDER |
| FRANK BISIGNANO, | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R"). (ECF No. 27). Plaintiff appealed the Commissioner of Social Security's decision to deny her application for disability benefits pursuant to Title XVI of the Social Security Act. (ECF No. 21). After considering the parties' respective arguments set forth in their briefs, Judge Koppe recommends that the court affirm the decision below. (ECF No. 27).

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.") (emphasis in original).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Koppe's R&R (ECF No. 27) be, and the same hereby is, ADOPTED, in full.

IF IS FURTHER ORDERED that the Commissioner's decision below be AFFIRMED. (*See* ECF No. 21).

1   The clerk of the court is INSTRUCTED to enter judgment in favor of defendant and close
2 this case.
3   DATED December 10, 2025.

   _____
   UNITED STATES DISTRICT JUDGE